**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000740
06-FEB-2013
10:19 AM**

CAAP-12-0000739 AND CAAP-12-0000740

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE APPLICATION OF
GUARDIAN TRUST COMPANY, LIMITED TO REGISTER
AND CONFIRM TITLE TO LAND SITUATED AT WAIKIKI,
HONOLULU, CITY AND COUNTY OF HONOLULU, STATE OF HAWAI'I,
THOMAS E. HAYES, LIQUIDATING RECEIVER, Petitioner-Appellee
v.
ALEXANDER Y. MARN, Respondent-Appellant

APPEAL FROM THE LAND COURT, STATE OF HAWAI'I,
(APPLICATION NO. 279; LAND COURT CASE NO. 1LD12-1-1715)

ORDER DISMISSING APPEALS PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On August 27, 2012, Respondent-Appellant Alexander Y. Marn (Appellant), pro se, filed notices of appeal in appellate case numbers CAAP-12-0000739 and CAAP-12-0000740;

(2) The records on appeal were filed in both cases on November 26, 2012, and in both cases the appellate clerk informed Appellant that the statement of jurisdiction was due by December 10, 2012, and the opening brief was due by January 8, 2013;

(3) Appellant did not file either document in either case;

(4) On January 15, 2013, the appellate clerk informed Appellant in both cases that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matters would be called to the court's attention on January 25, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellant did not file the statement of jurisdiction and opening brief, or respond to the notice of default in either case. Therefore,

IT IS HEREBY ORDERED that the appeals in case numbers CAAP-12-0000739 and CAAP-12-0000740 are dismissed.

DATED: Honolulu, Hawai'i, February 6, 2013.

Chief Judge

Associate Judge

Associate Judge